# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0293. SHAVEZ FLEWELLEN v. THE STATE**

In 2018, Shavez Flewellen pleaded guilty to voluntary manslaughter as a lesser included offense of malice murder and possession of a firearm by a first offender probationer. Flewellen filed a motion for out-of-time appeal, which the trial court granted on August 9, 2021. On July 13, 2023, Flewellen filed a notice of appeal in which he acknowledged that *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022) abrogates out-of-time appeals but argues that the Due Process Clause and his Sixth Amendment Rights entitle him to a direct appeal. We lack jurisdiction.

Pretermitting Flewellen's argument, a notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Flewellen's notice of appeal was filed almost two years from the trial court's order and more than five years after his judgments of conviction were entered, it is untimely.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/08/2023

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*